IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01994–WYD–KMT

LABNET, INC.,

    Plaintiff,

v.

BERRY & BERRY, PLLC,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's "Motion to Vacate Scheduling/Planning Conference Set for November 17, 2009" (#5, filed November 13, 2009) is GRANTED. The November 17, 2009 Scheduling Conference in this matter is VACATED. Furthermore, the court notes the Motion states the parties have reached a settlement. Therefore, Plaintiffs shall file the stipulated motion to dismiss no later than November 20, 2009.

Dated: November 16, 2009