IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01994-WYD-KMT

LABNET, INC.,

    Plaintiff,

v.

BERRY & BERRY, PLLC,

    Defendant.

## ORDER

THIS MATTER is before the Court on the parties' Joint Motion For Approval Of Consent Decree, [doc. #11], filed November 25, 2009. The parties assert that they have entered into a Stipulated Consent Decree to resolve this matter. The Court having reviewed the motion and stipulation and the premises therein, it is hereby

ORDERED that the parties' Joint Motion For Approval Of Consent Decree, [doc. #11], filed November 25, 2009 is **GRANTED**. It is

FURTHER ORDERED that the case is dismissed as all claims are resolved by the Consent Decree.

Dated:  December 2, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge